UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-458-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JASON MICHAEL LANDERS,

    Defendant.
_____

**MINUTE ORDER**
_____
ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Wednesday, January 25, 2012 at 11:00 a.m.**

    Dated: December 6, 2011