UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-458-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JASON MICHAEL LANDERS,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the supervised release violation hearing set for January 25, 2012 is **VACATED and RESET to Friday, January 27, 2012 at 11:00 a.m.**

    Dated: January 4, 2012